1

2

3    UNITED STATES DISTRICT COURT

4    NORTHERN DISTRICT OF CALIFORNIA

5

6    CY BROWN,                                    Case No.  24-cv-06265-YGR (PR)

                    Petitioner,
7
                                                 **ORDER TO SHOW CAUSE**
         v.
8

9    PEOPLE OF THE STATE OF
     CALIFORNIA,
10
                    Respondent.

11          Petitioner, an inmate at the Martinez Detention Facility, has filed this petition for a writ of

12   habeas corpus pursuant to 28 U.S.C. § 2254.  *See* Dkts. 1, 7.  He has paid the full filing fee.

13          It does not appear from the face of the petition that it is without merit.  Good cause

14   appearing, the Court hereby issues the following orders:

15          1.      The Clerk of the Court shall serve a copy of this order upon Respondent and

16   Respondent's attorney, the Attorney General of the State of California, at the following email

17   addresses:  SFAWTParalegals@doj.ca.gov and docketingsfawt@doj.ca.gov.  The petition and

18   the exhibits thereto are available via the Electronic Case Filing System for the Northern District of

19   California.  *See* Dkts. 1, 7.  The Clerk shall serve by mail a copy of this order on Petitioner.

20          2.      Respondent shall file with this Court and serve upon Petitioner, within **sixty (60)**

21   **days** of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules

22   Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.

23   Respondent shall file with the Answer a copy of all portions of the relevant state records that have

24   been transcribed previously and that are relevant to a determination of the issues presented by the

25   petition.

26          3.      If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse

27   with the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer.

28   Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty**

United States District Court
Northern District of California

1    **(60) days** after the date Petitioner is served with Respondent's Answer.

2          4.     Respondent may file with this Court and serve upon Petitioner, within **sixty (60)**

3    **days** of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an

4    Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section

5    2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on

6    Respondent an opposition or statement of non-opposition to the motion within **sixty (60) days** of

7    receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply

8    within **fourteen (14) days** of receipt of any opposition.

9          5.     It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the

10   Court and Respondent informed of any change of address and must comply with the Court's

11   orders in a timely fashion.  Pursuant to Northern District Local Rule 3-11 a party proceeding *pro*

12   *se* whose address changes while an action is pending must promptly file a notice of change of

13   address specifying the new address.  *See* L.R. 3-11(a).  The Court may dismiss a *pro se* action

14   without prejudice when: (1) mail directed to the *pro se* party by the Court has been returned to the

15   Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written

16   communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b); *see also*

17   *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).

18        Petitioner must also serve on Respondent's counsel all communications with the Court by

19   mailing a true copy of the document to Respondent's counsel.

20         6.     Upon a showing of good cause, requests for a reasonable extension of time will be

21   granted provided they are filed on or before the deadline they seek to extend.

22        IT IS SO ORDERED.

23   Dated:  April 15, 2025

24   _____
     JUDGE YVONNE GONZALEZ ROGERS
25   United States District Judge

26

27

28

United States District Court
Northern District of California

2